IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00994-CMA-MEH

CHAD ABERCROMBIE,
ROBERT ARNE,
TRENT ARTICHOKER,
TROY BARRON,
FREDERICK BLESCH,
REBECCA BRINKMAN,
MARC CAHN,
DAVE CARLSON,
SCOTT CATHEY,
GUY COBERLY,
GREG CRAWFORD,
JOEL DEKANICH,
MATTHEW DERRY,
MATT DICKSON,
RANDY ELDRIDGE,
LISA ERIKSON,
TYLER FOWLER,
THOMAS GEHRMANN,
GINA GENTILINI,
JAMES GRAHAM,
ROBERT GRAHAM,
KEITH GRAVES,
BRAD GULLA,
JAY HAFNER,
GREG HAITZ,
RICHARD HANLEY,
DAVID HANSEN,
SHELLEY HOOVER-SHEARD,
DAVID JENSEN,
DEAN E. JOHNSON,
MICHAEL JOHNSON,
DOUG JONES,
JERRILEA KARNEY,
SONJA KENYON,
RANDY KNOCHE,
RYAN KNOCHE,
CANDICE KOCH,
AARON KOEPP,
SHANE KOKOSZKA,
WILLIAM KOONTZ,
KATHY KOOP,

DANIEL LONQUIST,
MIKE MADDEN,
JASON MARKIJOHN,
LARRY MORRIES,
ROBERT NELSON,
DAN PATERSON,
THOMAS PATTERSON,
JIM PHELPS,
ART PHELPS,
PHILIP POLLOCK,
BRIAN POLVI,
CHAD POWELL,
DAVID POWELL,
DENESA POZNER,
RYAN PROBASCO,
PATRICK RAY,
AMY REEVES,
MCKENZIE REIFSCHNEIDER,
TIM RINN,
JEREMY RODGERS,
SCOTT ROSENQUIST,
RONALD SALVAGGIONE,
JOHN F. SCHULTZ,
JULIE SCOTT,
TERRY SMITH,
RANDY SNYDER,
KEN SPRESSER,
MICHAEL SPRINGFIELD,
THERON STALLINGS,
WES STATLEY,
JAMES THATCHER,
WILLIAM R. THOMAS,
CALEB WHITE,
MONTY WILBURN,
MARK WOLFF,
GREG WOLGIN,
ERIC YOUNG, and
KEVIN YOUNG,

      Plaintiffs,

v.

AETNA U.S. HEALTHCARE OF COLORADO INC., a Colorado corporation,

AMERICAN CHIROPRACTIC NETWORK GROUP INC., a Colorado corporation,
OPTUMHEALTH CARE SOLUTIONS INC., a Colorado corporation,
BLUE CROSS BLUE SHIELD OF COLORADO, a Colorado corporation,
LANDMARK HEALTHCARE COLORADO INC., a Colorado corporation,
CIGNA HEALTHCARE OF COLORADO, a Colorado corporation,
GREAT-WEST HEALTHCARE OF COLORADO INC., a Colorado corporation,
COLUMBINE CHIROPRACTIC PLAN LLC d/b/a COLUMBINE HEALTH PLAN, a Colorado corporation,
HUMANA INSURANCE COMPANY, a Colorado corporation,
HUMANA HEALTH PLAN INC., a Colorado corporation,
HUMANA MARKETPOINT INC., a Colorado corporation,
UNITED HEALTHCARE OF COLORADO INC., a Colorado corporation, and
HEALTH VALUE MANAGEMENT INC. d/b/a CHOICECARE NETWORK, a Colorado corporation,

      Defendants.

---

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 8, 2015.**

      Before the Court is the Joint Motion for Modified Case Deadlines and Enlargement of Page Limits [filed June 5, 2015; docket #36]. For good cause shown, the motion is **granted in part** and **denied in part**.

      As requested, the Scheduling Conference currently set for June 15, 2015, at 10:00 a.m. is hereby **vacated** and discovery is **stayed** pending the submission and determination of the Defendants' motion(s) to dismiss. The Court additionally grants the parties' requests to modify the Scheduling Order as follows:

    - The parties will meet and confer regarding Defendants' anticipated motions to dismiss on or before **June 12, 2015**.

    - Plaintiffs shall have until **July 2, 2015**, to file an amended complaint or notify Defendants that they do not intend to file one.

    - Defendants will be allowed to file a consolidated motion to dismiss under Rule 12(b) of no more than 30 pages, addressing issues common to all Defendants; and, (b) any Defendant who has individualized grounds for any other preliminary motion, including motions to compel arbitration or Rule 12(b) motions, may file such a motion, subject to the Court's standard page limits.

    - If Plaintiffs file an amended complaint and it is dismissed, Defendants agree that if

Plaintiffs seek leave to file a further amended complaint, Defendants will not oppose that filing unless a further amended complaint would be futile.

However, the Court **denies** requests to extend deadlines for the timing of briefing of response and reply briefs; those deadlines will be governed by the Local Rules. (*See* D.C. Colo LCivR 7.1(d).) Parties may separately, for good cause shown, seek extensions for those deadlines. (*See* D.C. Colo LCivR 6.1(b).)

All others aspects of the Court's May 13, 2015 order (*see* docket #27) remain in effect.