## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 15-cv-00994-CMA-MEH

CHAD ABERCROMBIE, *et al.,*

    Plaintiffs,

v.

AETNA U.S. HEALTHCARE OF COLORADO, INC., *et al.,*

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with the Order Granting Defendants' Joint Motion to Dismiss (Doc. #67) entered by Judge Christine M. Arguello on March 31, 2016, it is

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.  It is

    FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment,

and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and

D.C.COLO.LCivR 54.1

DATED: March 31, 2016

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   V. Barnes

V. Barnes
Deputy Clerk